No. 187. DINGFELDER ET AL. *v.* THE BRENTA II ET AL.; and

No. 188. BOERA ET AL. *v.* THE BRENTA II. October 8, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frank I. Finkler* for petitioners. *Mr. Homer L. Loomis* for respondents.

No. 189. CORNELL STEAMBOAT Co. *v.* SCHOLL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Robert S. Erskine* for petitioner. *Mr. Horace L. Cheyney* for respondent.

No. 190. BROWN *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. A. Bolinger* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman, Mr. James W. Morris,* and *Miss Helen R. Carloss* for respondent.

No. 191. DARBY *v.* MONTGOMERY COUNTY NATIONAL BANK. October 8, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Lucien H. Mercier* for petitioner. *Messrs. Edwin C. Brandenburg, Louis M. Denit,* and *Leonard J. Ganse* for respondent.

No. 218. INTERNATIONAL FINANCE CORP. *v.* GENERAL MOTORS ACCEPTANCE CORP. October 8, 1934. Petition for writ of certiorari to the United States Court of Ap-